# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In Re:

LIISA BETH WILSON                                   Case No. 14-22739-MER
XXX-XX-7512

                                                    Chapter 13


                Debtor(s)

---

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

---

On 2/17/2016 Douglas B. Kiel, Chapter 13 Trustee filed an Objection to Claim Number 1, filed by MIDLAND CREDIT MGMT INC.  Movant hereby requests and shows the Court:

1. Service of the Objection was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the certificate of service previously filed with the Objection.
2. Service of the Notice was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the Certificate of Service previously filed with the Notice.
3. No Objections to or Requests for Hearing on the Objection were received by the undersigned.

WHEREFORE, Movant prays that the Court enter an Order, a form previously submitted with the claim objection filed, granting the requested relief.

Dated: March 24, 2016                          /s/Douglas B. Kiel
                                               Douglas B. Kiel
                                               Chapter 13 Trustee
                                               4725 S. Monaco St., Ste. 120
                                               Denver, CO  80237
                                               720-398-4444