## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 14-22739-MER |
| Liisa Beth Wilson fdba Liisa B. Wilson Accounting Services fdba Liisa B. Wilson Custom Clothing, | (Chapter 13) |
| | **Judge Michael E. Romero** |
| Debtor. | |

### UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

COMES NOW, Wells Fargo Bank, N.A. ("Movant"), by and through undersigned counsel, and respectfully requests that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto, currently scheduled for Wednesday, June 6, 2018 at 9:30 a.m., be vacated and continued to Wednesday, July 3, 2018 at 9:30 a.m.

Movant and Debtor conferred directly and reached an agreement to resolve all contested matters without a hearing before the Court. Movant requests this additional time in order to draft the agreed stipulated terms, circulate for signature, and file for Court approval.

Undersigned counsel conferred with the *pro* se Debtor, Liisa Wilson, on June 5, 2018, and this Motion is unopposed.

Wherefore, Movant respectfully requests that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto, currently scheduled for Wednesday, June 6, 2018 at 9:30 a.m., be vacated and continued to Wednesday, July 3, 2018 at 9:30 a.m.

Dated: 6/5/2018

Respectfully Submitted,

**McCarthy & Holthus, LLP**


*/s/  Ilene Dell'Acqua*
Holly Shilliday, Esq. Atty. Reg. No. 24423
Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: (877) 369-6122
E-mail: idellacqua@mccarthyholthus.com
Attorneys for Wells Fargo Bank, N.A.

1