UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                               CASE NO. 14-22739-MER
WILSON, LIISA BETH

CHAPTER 13

DEBTOR(S)

CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss the case based on the following:

1. The Debtor(s) failed to make the payments required by the Plan.

   A. The Plan and/or current modified Plan requires the Debtor(s) to pay the current sum of $512.00 per month.

   B. The total paid into the Plan through January 08, 2019 is $24,514.00, the last payment having been received by the Trustee on November 19, 2018.

   C. Payment of $1,536.00 is required to be current through January 08, 2019.

2. The Debtor(s) failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307.

Dated: January 8, 2019                                      By: /s/ Karen Perse
                                                                                                  Karen Perse
                                                                                                  *for* Chapter 13 Trustee
                                                                                                  4725 S. Monaco St., Ste. 120
                                                                                                  Denver, CO 80237
                                                                                                  Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        CASE NO. 14-22739-MER
WILSON, LIISA BETH

CHAPTER 13

DEBTOR(S)

---

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

---

## OBJECTION DEADLINE: January 29, 2019

YOU ARE HEREBY NOTIFIED that Douglas B. Kiel, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Motion to Dismiss with the bankruptcy court and requests the following relief:

Trustee seeks dismissal of the Chapter 13 case due to non-payment.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: January 8, 2019                                By: /s/ Karen Perse
                                                                               Karen Perse
                                                                               *for* Chapter 13 Trustee
                                                                               4725 S. Monaco St., Ste. 120
                                                                               Denver, CO 80237
                                                                               Phone: 720.398.4444

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                               CASE NO. 14-22739-MER
WILSON, LIISA BETH

                                                                     CHAPTER 13

             DEBTOR(S)

---

CERTIFICATE OF SERVICE

---

I hereby certify that a copy of the Chapter 13 Trustee's Motion to Dismiss , and Notice of Chapter 13 Trustee's Motion to Dismiss was placed in the U.S. Mail, postage pre-paid, on January 8, 2019.

| | |
|---|---|
| LIISA BETH WILSON<br>7755 E QUINCY AVE #67<br>DENVER, CO 80237 | MCCARTHY & HOLTHUS LLP<br>ATTN: HOLLY SHILLIDAY ESQ<br>7700 E ARAPAHOE RD<br>STE 150<br>CENTENNIAL, CO 80112 |
| MCCARTHY & HOLTHUS LLP<br>ATTN: JENNIFER K CRUSETURNER ESQ<br>7700 E ARAPAHOE ROAD<br>STE 150<br>CENTENNIAL, CO 80112 | MOELLER GRAF PC<br>K CHRISTIAN WEBERT<br>385 INVERNESS PARKWAY<br>STE 200<br>ENGLEWOOD, CO 80112 |
| SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>1000 BLUE GENTIAN ROAD<br>EAGAN, MN 55121-7700 |
| WELLS FARGO HOME MORTGAGE<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>MAC<br>#D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715 | |

Notice by Electronic Transmission was sent to the following persons/parties:

DAVID C HOSKINS PC

DATED: January 8, 2019                                           /s/ Madison Mills
                                                                  Madison Mills