## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## CASE NO. 14-22739-MER

RE: LIISA BETH WILSON, Debtor

vs.

CONDOMINIUM ASSOCIATION OF WHISPERING PINES DENVER

### OBJECTION TO MOTION FOR DISMISSAL OF CASE NO. 14-22739-MER

Debtor's explanation for objection to motion for dismissal of case 14-22739-MER:

1. Debtor failed to make to make monthly HOA payments totalling $21058.87 due not to wilful disregard of the requirements of the bankruptcy plan but due to medical and health circumstances beyond Debtor's control.
2. The value of the property has increased to approximately $250,000.00, as seen on the listings and sales of similar properties within the property. (SEE EXHIBIT 1).
3. Debtor intends to sell property within 6 months and pay the balance due to movant.

WHEREFORE, the Debtor respectfully requests that the Court not dismiss the case and continue the automatic stay under 11 U.S.C. §362 (a) of the Bankruptcy Code to allow the Debtor relief from the dismissal of the case by the Trustee and allow the Debtor an Effective Reorganisation.

Dated this 21st Day of January 2019

By: _____
Liisa Beth Wilson
7755 E Quincy Ave #67-T9
Denver, Colorado 80237
(303) 396-4209

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

LIISA BETH WILSON,

Debtor.

Case No. 14-22739 MER

Chapter 13

ORDER FOR COMPLIANCE WITH SERVICEMEMBERS CIVIL RELIEF
ACT OF 2003 ("SCRA"), 50 APP.U.S.C. §501 ET SEQ., AND
LOCAL BANKRUPTCY RULES

THIS MATTER comes before the Court on the Motion for Relief from the Automatic Stay filed by Condominium Association of Whispering Pines of Denver.[1] The Court finds that Movant has failed to comply with the following:

[x]   Local Bankruptcy Rule 4001-1(a)(3) states "[t]he notice of hearing must provide that any objection and request for hearing must be filed by a specific date that is at least seven days prior to the hearing[.]"  The notice of hearing filed with the motion selected a hearing date of January 29, 2019, and set an objection deadline of January 24, 2019.  The movant's chosen objection deadline is less than seven days prior to the hearing.  The proper objection deadline for a hearing to be held on January 29, 2019, should have been January 22, 2019.

[x]   Servicemembers Civil Relief Act of 2003 ("SCRA"), 50 App.U.S.C. §501 et seq., and Local Bankruptcy Rules 4001-(a)(4) 4002-3 require an affidavit that states whether or not the debtor or co-debtor is in the military service, and indicates the necessary facts to support said affidavit.[2]  In this case, no such affidavit has been filed.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiencies by the cure date listed below, failing which the Motion will be denied without further Order.

**Deficiency Cure Date:  January 14, 2019**

DATED January 7, 2019

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court

---

[1] ECF No. 95.
[2] The Defense Manpower Data Center (DMDC) has developed a web site to assist parties in obtaining written documentation verifying whether a defendant is in the military service.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER,
Movant,

v.

LIISA BETH WILSON
ssn: xxx-xx- 7512

CASE NO.: 14-22739-MER
Chapter 13

Debtors,

LOCAL BANKRUPTCY FORM 4001-1.1

NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING
PURSUANT TO 11 U.S.C. § 362 (d)

**OBJECTION DEADLINE: JANUARY 22, 2019**

YOU ARE HEREBY NOTIFIED that a Motion for Relief for Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for Tuesday, **January 29, 2019 at 9:30 pm** in **Courtroom C** at the Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, Colorado. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon Movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION,** the scheduled hearing will be vacated and an order granting the relief requested may be granted without further notice to you.

Dated: January 8, 2019.

                                                WesternLaw Group LLC

                                                By:  Angela Hopkins
                                                Angela Hopkins, #48868
                                                9351 Grant Street, Suite 120
                                                Thornton, CO 80229
                                                (720) 542-8724
                                                Attorney for Movant

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER,
Movant,

v.

LIISA BETH WILSON
ssn: xxx-xx- 7512

Debtor,

CASE NO.: 14-22739-MER
Chapter 13

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER (Creditor), as a party in interest in these proceedings, through its attorneys, WesternLaw Group, LLC, respectfully represents:

1. The Debtor is indebted to the Creditor pursuant to the terms of the Condominium Declaration for Whispering Pines of Denver, ("Declaration") recorded at Reception Number 1978097429 in Denver County on August 10, 1987 with respect to the property located at 7755 E Quincy Ave., #67-T9, Denver, CO 80237 which property is currently owned by Debtor.

2. Debtor took title to Condominium Unit No. 67, Building T9, Whispering Pines of Denver, a Condominium in Accordance with the Declaration Recorded on August 10, 1978 in Book 1722, at Page 674, and the Condominium Map Recorded on August 10, 1978 in Book 7, at Page 78 of the City and County of Denver Records, City and County of Denver, State of Colorado ("Property") subject to the provisions of Declaration which provide and establish a lien in favor of Creditor. Further, Creditor claims a valid lien or security interest in the Property pursuant to the terms of the Declaration.

3. As set forth in the affidavit attached hereto as **Exhibit 1**, pursuant to L.B.R. 4001-1(a)(4)(e) and 4002-3(c), the Debtors are not on active military duty.

4. The Debtors are in default of the terms and conditions of said Declaration by their failure to make monthly assessment payments.

5. The approximate amount due the Creditor on said indebtedness (through January 3, 2019) is as follows (**See Exhibit 2**):

    Assessments, late fees, interest fees, attorney fees, and costs      $21,058.87

6. The Debtor and/or the Property shall be accountable for any payments that become due after the date of this Motion.

7. Enforcement of Creditor's lien or security interest has been stayed automatically by operations of 11 U.S.C. § 362.

8. Creditor requests that the automatic stay be lifted with respect to the Property pursuant to 11 U.S.C. § 362 (d)(1).

9. The value of the Property is $134,500 according to Debtors' Schedule A. According to Debtors' Schedule D, the amount owed to Deed of Trust holder Wells Fargo Bank, N.A. for account # 1703 is $123,656.00. With the Creditor's post-petition delinquency being over $20,000.00, there is no equity in the property, nor does any equity cushion exist to provide adequate protection to Creditor. 11 U.S.C. § 362 (d)(2)(A).

10. For the foregoing reasons, Creditor is entitled to relief from the automatic stay under 11 U.S.C. § 362 (d)(1) and (2).

11. The Creditor further requests that the requirements of FED.R.Bankr.P. 4001(a)(3) be waived so that the Creditor may immediately enforce and implement an order granting relief from stay.

12. Creditor further requests approval of its reasonable attorney's fees and costs in the amount of $566.00 per the terms of the Declaration; $181.00 of which is the bankruptcy court's fee for filing this Motion for Relief from Stay. Creditor is not seeking an administrative claim but intends to add the fees and costs to the Association's ledger pursuant to the Declaration.

WHEREFORE, Creditor respectfully requests entry of an Order granting Relief from Automatic Stay from the Debtor and the Debtor's Estate, to allow the Creditor to proceed solely *in rem* against the Property and that Creditor be granted such further relief as may be proper.

Dated: January 9, 2019.

                                                    WesternLaw Group LLC

                                                    By: /s/ Angela Hopkins
                                                    Angela Hopkins, #48868
                                                    9351 Grant Street, Suite 120
                                                    Thornton, CO 80229
                                                    (720) 542-8724
                                                    Attorney for Movant

EXHIBIT 1

A. PROPERTY SOLD

Denver Property Taxation and Assessment System

New Search

7755 E QUINCY AVE APT T68

| Owner | Schedule Number | Legal Description | Property Type | Tax District |
|---|---|---|---|---|
| KOSIK,CARLY ANN<br>7755 E QUINCY AVE T68<br>DENVER , CO 80237-3231 | 07046-01-068-068 | WHISPERING PINES CONDOS U-68 BLDG-T9 | RESIDENTIAL CONDOMINIUM | DENV |

Summary Property Map Assessed Values Assessment Protest Taxes Comparables Neighborhood Sales Chain of Title

Chain Of Title Records

| Reception Number | Reception Date | Instrument | Sale Date | Sale Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 2017082908 | 6/23/2017 | WD | 6/23/2017 | $235,000 | RAILSBACK,JANICE G | KOSIK,CARLY ANN |
| 2015166684 | 12/1/2015 | QC | 11/23/2015 | $10 | RAILSBACK,MICHELLE L & JAN G | RAILSBACK,JANICE G |
| 2008038501 | 3/20/2008 | QC | 3/7/2008 | | RAILSBACK,MICHELLE L | RAILSBACK,MICHELLE L & JAN G |
| 2008038500 | 3/20/2008 | QC | 3/6/2008 | | RAILSBACK,MICHELLE L & | RAILSBACK,MICHELLE L |
| JT00038123 | 3/8/2003 | WD | 2/14/2003 | $132,000 | BARZIDEH,HOUSHANG | RAILSBACK,MICHELLE L & |
| 0000127340 | 12/26/1991 | WD | 12/19/1991 | $41,000 | WYCKOFF,MARTHA I | BARZIDEH,HOUSHANG |
| 0000003133 | 1/10/1989 | WD | 1/10/1989 | | DIRENNA,EDMOND F | WYCKOFF,MARTHA I |

© Copyright 2015 City and County of Denver | Jobs | Terms of Use | Privacy & Security Policy | Open Records Policy (CORA)





EXHIBIT 1   B. PROPERTY SOLD



ColdwellBankerHomes.com

# 7755 E Quincy Ave #T44, Denver, CO 80237

## $240,000

| Sold | Closed | Condo / Townhouse | 2 Beds | 1 Full Bath | 1 Partial Bath | 1,602 Sq. Ft. |



GREAT LOCATION! Only minutes from DTC, only steps away from Rosemond Park, restaurants, shopping and just 1.5 miles from light rail to downtown. Tastefully updated with newer interior paint on main floor and updated spacious basement family room with beautiful electric wall fireplace, closed in under stair storage room, and large laundry room with 3/4 shower and rough in for future 3rd bath. Upstairs in a large master bedroom with full wall of closet space, double sinks in upstairs full bath, large second bedroom. Cozy kitchen has lots of cabinets, dishwasher, stove, refrigerator and microwave. Light and bright living room opens to sunny large patio with newly poured floor and new fence. New hot water heater and air conditioning installed this past year (2017). Community clubhouse, indoor pool, exercise room is just across the street.

## Full Property Details for 7755 E Quincy Ave #T44

### General

**Sold For:** $240,000
**HOA FEE:** $307/month
**Taxes:** $998 (2017)
**Status:** Closed
**Type:** Condo /Townhouse
**MLS ID:** 2348056
**Added:** 112 day(s) ago
**Viewed:** 5 times

### Interior

**Interior Features:** Cable Available, Heated Basement, Internet Access (Wired), Open Floor Plan, Pet Free, Security System, Smoke Free
**Fireplace:** Yes
**Number of Fireplaces:** 1
**Fireplace(s):** Electric, Basement, Electric
**Cooking Appliances:** Dishwasher, Disposal, Microwave Oven, Refrigerator (Kitchen), Smoke Alarm, Stove/Range/Oven
**Flooring:** Carpet, Stone

### Heating & Cooling

**Cooling Type:** Central Air Conditioning
**Heating Type:** Forced Air
**Heating Fuel:** Gas

### Utilities

**Gas:** Natural Gas
**Sewer:** Public





# Denver Property Taxation and Assessment System

New Search

7755 E QUINCY AVE APT T44

| Owner | Schedule Number | Legal Description | Property Type | Tax District |
|---|---|---|---|---|
| GARTH,THERESA<br>MCELVAINE,COREY<br>7755 E QUINCY AVE T44<br>DENVER , CO 80237-3230 | 07046-01-044-044 | WHISPERING PINES CONDOS U-44 BLDG-T6 | RESIDENTIAL CONDOMINIUM | DENV |

Summary Property Map Assessed Values Assessment Protest Taxes Comparables Neighborhood Sales Chain of Title

## Chain Of Title Records

| Reception Number | Reception Date | Instrument | Sale Date | Sale Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 2018151643 | 11/27/2018 | WD | 11/27/2018 | $240,000 | CISNEROS,DOLORES L | GARTH,THERESA |
| 2007087002 | 6/6/2007 | QC | 5/16/2007 | $10 | ORTEZ,DOLORES L | CISNEROS,DOLORES L |
| 0000030208 | 3/2/2001 | WD | 2/27/2001 | $140,000 | WELLS,DEBORAH JO | ORTEZ,DOLORES L |

© Copyright 2015 City and County of Denver | Jobs | Terms of Use | Privacy & Security Policy | Open Records Policy (CORA)

ColdwellBankerHomes.com

EXHIBIT 1
C. PROPERTY SOLD

# 7755 E Quincy Ave #T52, Denver, CO 80237

## $269,500

Sold | Closed | Condo / Townhouse | 2 Beds | 1 Full Bath | 1 Partial Bath | 1,602 Sq. Ft.



Stylish town home with impeccable remodel and updates! The main level welcomes you with an open concept floor plan, wood floors, updated kitchen with stainless steel appliances and slab granite. The fenced in patio provides great outdoor space. Upstairs has two bedrooms and a full bath. There is a fully finished basement with family room, fireplace and great storage in the laundry room. Whispering Pines is centrally located with easy access to light rail, I-25, I-225, Denver Tech Center, Beautiful Rosamond Park and countless shops and restaurants. Fresh paint, new flooring throughout, lighting...just a lovely remodel. Brand new furnace just installed. This town home is in mint condition. Do not miss out on this property!

## Full Property Details for 7755 E Quincy Ave #T52

### General

**Sold For:** $269,500
**HOA FEE:** $307/month
**Taxes:** $994 (2017)
**Status:** Closed
**Type:** Condo /Townhouse
**MLS ID:** 2194829
**Added:** 102 day(s) ago
**Viewed:** 6 times

### Interior

**Interior Features:** Double-Pane Windows, Open Floor Plan, Pet Free, Remodeled, Smoke Free, Updated
**Fireplace:** Yes
**Number of Fireplaces:** 1
**Fireplace(s):** Wood, Basement, Wood
**Cooking Appliances:** Dishwasher, Disposal, Range Hood, Refrigerator (Kitchen), Stove/Range/Oven
**Flooring:** Carpet, Wood

### Utilities

**Gas:** Natural Gas
**Sewer:** Public

### Structural Information

**Architectural Style:** Townhouse, Side-by-Side
**Construction:** Frame
**Exterior Const.:** Brick, Wood Siding
**Basement:** Yes

# DENVER
THE MILE HIGH CITY

Neighborhood   Business   Visiting   Government   Online Services   A to Z

Search

## Denver Property Taxation and Assessment System

↩ New Search

### 7755 E QUINCY AVE APT T52

| Owner | Schedule Number | Legal Description | Property Type | Tax District |
|---|---|---|---|---|
| BARNARD,ANDREW D<br>VESGA,KREESTA M<br>7755 E QUINCY AVE T52<br>DENVER , CO 80237-2341 | 07046-01-052-052 | WHISPERING PINES CONDOS U-52 BLDG-T7 | RESIDENTIAL CONDOMINIUM | DENV |

Summary   Property Map   Assessed Values   Assessment Protest   Taxes   Comparables   Neighborhood Sales   Chain of Title

### Chain Of Title Records

| Reception Number | Reception Date | Instrument | Sale Date | Sale Price | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 2018162947 | 12/26/2018 | WD | 12/10/2018 | $269,500 | BRADLEY,KENWARD G SR LIVING | BARNARD,ANDREW D |
| 2017050401 | 4/17/2017 | QC | 3/9/2017 | $10 | BRADLEY,KENWARD G | BRADLEY,KENWARD G SR LIVING |
| 2015096734 | 7/14/2015 | WD | 7/10/2015 | $179,000 | ASRARI,REZA | BRADLEY,KENWARD G |
| 0000184808 | 12/13/1994 | WD | 12/9/1994 | $69,500 | SCHIFFER,CAROL S | ASRARI,REZA |

pocketgov denver

ONLINE SERVICES   OPEN DATA   A - Z SERVICES

© Copyright 2015 City and County of Denver | Jobs | Terms of Use | Privacy & Security Policy | Open Records Policy (CORA)



ColdwellBankerHomes.com

EXHIBIT 1
D. PROPERTY LISTED

# 7755 E Quincy Ave #T60, Denver, CO 80237

## $264,900

For Sale | Under Contract | Condo / Townhouse | 2 Beds | 1 Full Bath | 1 Partial Bath | 1,602 Sq. Ft.



**Assoc. Fees Include:** Clubhouse, Common Area Grounds Maintenance, Exterior Maintenance (With Roof), Fitness Facility, Insurance, Sewer, Tennis Courts, Trash Removal

### Heating & Cooling

**Cooling Type:** Central Air Conditioning
**Heating Type:** Forced Air
**Heating Fuel:** Electric, Gas

Listed by Colorado Flat Fee Realty Inc

Or call us at (877) 530-4053

## Schools serving 7755 E Quincy Ave #T60

School District: Denver Public Schools

| Score | Name | Grades | Distance |
|---|---|---|---|
| ● | **Southmoor Elementary School**<br>3755 S Magnolia Way, Denver, CO 80237 | PK-5 | 0.9 mi |
| ● | **Hamilton Middle School**<br>8600 E Dartmouth Ave, Denver, CO 80231 | 6-8 | 1.4 mi |
| ● | **Thomas Jefferson High School**<br>3950 S Holly St, Denver, CO 80237 | 9-12 | 1.4 mi |

Disclaimer: School ratings provided by GreatSchools. Ratings are on a scale of 1-10. Learn more about GreatSchools ratings. School attendance boundaries provided by Pitney Bowes and are for reference only. Contact the school directly to verify enrollment eligibility.

## Price & Sales History for 7755 E Quincy Ave #T60

| Date | Details | Price | Change | Source |
|---|---|---|---|---|
| 4/30/2014 | Sold | $138,000 | — | Public Record |

Disclaimer: Historical sales information is derived from public records provided by the county offices. Information is not guaranteed and should be independently verified.

## Tax History for 7755 E Quincy Ave #T60

| Year | Property Taxes | Change | Tax Assessment | Change |
|---|---|---|---|---|
| 2016 | $917 | 4% | $12,890 | 15% |
| 2015 | $878 | 49% | $11,240 | — |
| 2014 | $591 | — | $11,240 | 58% |
| 2013 | $592 | -24% | $7,120 | -23% |
| 2012 | $778 | 25% | $9,250 | -1% |
| 2010 | $621 | 2% | $9,320 | — |
| 2009 | $607 | -13% | $9,320 | — |
| 2008 | $699 | — | $9,320 | — |

Disclaimer: Historical tax information is derived from public records provided by the county offices. Information is not guaranteed and should be independently verified.

 ColdwellBankerHomes.com

EXHIBIT 1
E. PROPERTY LISTED

# 7755 E Quincy Ave #T33, Denver, CO 80237

## $309,900

For Sale | Active | Condo / Townhouse | 4 Beds | 1 Full Bath | 2 Partial Baths | 2,155 Sq. Ft. | Updated 14 hours ago






Updated Whispering Pines townhome. This beautiful end unit home features an open floor plan, finished basement, and complete with large yard. Bathrooms and kitchen have been remodeled within the last three years. Conveniently located near the I-25/I-225 interchange, Denver Tech Center, and a multitude of shops and restaurants.

## Full Property Details for 7755 E Quincy Ave #T33

### General

**Price:** $309,900
**HOA FEE:** $380/month
**Taxes:** $1,287 (2017)
**Status:** Active
**Type:** Condo /Townhouse
**MLS ID:** 9547290
**Updated:** 1/21/2019
**Added:** 7 day(s) ago
**Viewed:** 7 times

### Interior

**Fireplace:** Yes
**Number of Fireplaces:** 1
**Fireplace(s):** Wood, Basement, Wood

### Utilities

**Water:** Public

### Structural Information



ColdwellBankerHomes.com

EXHIBIT 1
F. PROPERTY LISTED

# 7755 E Quincy Ave #303D3, Denver, CO 80237

## $164,500

For Sale | Under Contract | Condo / Townhouse | 2 Beds | 1 Full Bath | 1 Partial Bath | 973 Sq. Ft.



United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Document: 'Misc Document 1'  Submitted: 1/22/2019 1:58:42 PM

User Information

Liisa B Wilson
7755 E Quincy Ave #67
Denver
CO
80237

liisabw@gmail.com
303-396-4209