**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

LIISA BETH WILSON

Debtor

Case No. 14-22739 MER

Chapter 13

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that, due to an error in docketing the Debtor's response to the Motion for Relief from Stay filed by the Condominium Association of Whispering Pines of Denver, the hearing that was originally scheduled on January 29, 2019, at 9:30 a.m., did not populate the Court's calendar.  The hearing is hereby continued to **Wednesday, February 6, 2019, at 9:30 a.m.**

DATED:  January 29, 2019

KENNETH S. GARDNER, CLERK

By:   Deborah L. Beatty, Deputy Clerk
      United States Bankruptcy Court
      U.S. Custom House
      721 19th Street
      Denver, Colorado 80202-2508