UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 14-22739-MER |
| LIISA BETH WILSON | CHAPTER 13 |
| DEBTOR | |

## CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING

On January 08, 2019, The Chapter 13 Trustee, Movant, filed a Motion pursuant to L.B.R. 9013-1 or 2002-1 entitled Motion to Dismiss Case for Failure to Make Plan Payments (Docket No. 98). Trustee hereby represents and shows the court:

1. The Chapter 13 Trustee, Movant, certifies that service of the motion/application and notice were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the L.B.R 9013-1.1 and 11 USC §102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007 as is shown on the certificate of service, previously filed with the motion/application on January 08, 2019.

2. Response to motion/application has been filed by the following party/parties:
    a. LIISA BETH WILSON (Docket No. 101)

3. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, (Docket No. 98);
    b. the Notice, (Docket No. 98);
    c. the Certificate of Service of the motion and the notice, (Docket No. 98)

4. The Chapter 13 Trustee, Movant certifies that a good faith effort has been made to resolve this matter by contacting Debtor's attorney by telephone, without the necessity of a hearing.

5. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: Debtor failed to make payments pursuant to the Confirmed Chapter 13 Plan.

WHEREFORE, the Chapter 13 Trustee prays that the court set this matter for hearing pursuant to L.B.R. 9013-1.

DATED: January 31, 2019

/s/ Karen G. Perse
Karen G. Perse, #17886
Attorney For The Chapter 13 Trustee
4725 S Monaco Street, Suite 120
Denver, Co 80237
(720) 398-4444 X124
Kperse@Denver13.Com