UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER,
Movant,

v.

LIISA BETH WILSON
ssn:  xxx-xx- 7512

                                                     CASE NO.: 14-22739-MER
Debtors,                                                Chapter 13

## ORDER TO CONTINUE PRELIMINARY HEARING

The Court, having reviewed the Condominium Association of Whispering Pines of Denver's Unopposed Motion to Continue Preliminary Hearing and being fully advised in the premises,

HEREBY ORDERS that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto, currently scheduled for Wednesday, February 6, 2019 at 9:30 a.m. is VACATED.

The Court FURTHER ORDERS that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto IS CONTINUED TO Wednesday, February 27, 2019 at 9:30 a.m.

Dated:  January 31, 2019

BY THE COURT:

_____
United States Bankruptcy Judge