United States Bankruptcy Court
District of Colorado

In re:  
Liisa Beth Wilson  
    Debtor

Case No. 14-22739-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: potters     Page 1 of 1     Date Rcvd: Jan 31, 2019  
                    Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db         +Liisa Beth Wilson,   7755 E. Quincy Ave., #67,   Denver, CO 80237-2312  
cr         +Wells Fargo Bank, N.A.,   c/o McCarthy & Holthus, LLP,   7700 E. Arapahoe Road, Ste. 150,    Centennial, CO 80112-1296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:  
         Angela Hopkins    on behalf of Creditor    Condominium Association of Whispering Pines of Denver     Angela@WesternLawGroup.com, angelahopkins14@gmail.com  
         Douglas B. Kiel    ecfmail@denver13.com  
         Holly R. Shilliday    on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com, hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com  
         Ilene Dell'Acqua    on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com  
         US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER,
Movant,

v.

LIISA BETH WILSON
ssn: xxx-xx- 7512

Debtors,

CASE NO.: 14-22739-MER
Chapter 13

### ORDER TO CONTINUE PRELIMINARY HEARING

The Court, having reviewed the Condominium Association of Whispering Pines of Denver's Unopposed Motion to Continue Preliminary Hearing and being fully advised in the premises,

HEREBY ORDERS that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto, currently scheduled for Wednesday, February 6, 2019 at 9:30 a.m. is VACATED.

The Court FURTHER ORDERS that the Preliminary Hearing on Movant's Motion for Relief from Stay and Debtor's Objection thereto IS CONTINUED TO Wednesday, February 27, 2019 at 9:30 a.m.

Dated: January 31, 2019

BY THE COURT:

United States Bankruptcy Judge