## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| February 27, 2019 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>LIISA BETH WILSON<br><br>Debtor. | Case No. 14-22739 MER<br><br>Chapter 13 |

CONDOMINIUM ASSOCIATION OF WHISPERING
PINES OF DENVER

    Movant

v.

LISA BETH WILSON and DOUGLAS KIEL, Chapter
13 Trustee

    Respondents.

Appearances:

| Trustee | | Counsel | |
|---|---|---|---|
| Debtor | Liisa Wilson | Counsel | *Pro se* |
| Creditor | Condo Association | Counsel | Angela Hopkins |

Proceedings:  Motion for Relief from Stay filed by the Condominium Association of Whispering Pines of Denver and Debtor's response

---

Orders:

The motion for relief from stay will be granted by separate order.  However, the Court stays any execution of the order for 60 days from the date of the hearing.

---

                                                    BY THE COURT:<br>
                                                    KENNETH S. GARDNER, CLERK

                                                    By:_____<br>
                                                         Deputy Clerk