United States Bankruptcy Court
District of Colorado

In re:  
Liisa Beth Wilson  
    Debtor

Case No. 14-22739-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: potters     Page 1 of 1     Date Rcvd: Feb 27, 2019  
                 Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2019.  
db          +Liisa Beth Wilson,   7755 E. Quincy Ave., #67,   Denver, CO 80237-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2019 at the address(es) listed below:  
          Angela Hopkins    on behalf of Creditor    Condominium Association of Whispering Pines of Denver  
           Angela@WesternLawGroup.com, angelahopkins14@gmail.com  
          Douglas B. Kiel     ecfmail@denver13.com  
          Holly R. Shilliday     on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,  
           hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com  
          Ilene Dell'Acqua     on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,  
           idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com  
          US Trustee, 13     USTPRegion19.DV.ECF@usdoj.gov  
                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In re:

CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER,
Movant,

v.

LIISA BETH WILSON
ssn: xxx-xx- 7512

Debtors,

CASE NO.: 14-22739-MER
Chapter 13

### PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. § 362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

Condominium Unit No. 67, Building T9, Whispering Pines of Denver, a Condominium in Accordance with the Declaration Recorded on August 10, 1978 in Book 1722, at Page 674, and the Condominium Map Recorded on August 10, 1978 in Book 7, at Page 78 of the City and County of Denver Records, City and County of Denver, State of Colorado.

Also known and numbered as:  7755 East Quincy Ave., #67-T9, Denver, CO  80237.

AND such automatic stay is hereby terminated as to the above-described property and CONDOMINIUM ASSOCIATION OF WHISPERING PINES OF DENVER, may proceed to pursue its state law rights and remedies allowed under the Condominium Declaration for Whispering Pines of Denver against the property.

Execution of this Order is stayed for 60 days from the date of the Order.

Dated: February 27, 2019

BY THE COURT:

United States Bankruptcy Judge