UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: LISSA BETH WILSON

DEBTOR(S)

CASE NO: 14-22739-MER
CHAPTER 13

## STATEMENT OF ARRANGEMENTS TO CURE DEFAULT AND/OR DEFICIENCY

Pursuant to the Chapter 13 Trustee's Motion, the Debtor(s) has/have contacted the Trustee and the following arrangements to cure the default and/or deficiency have been made:

PLAN PAYMENTS ARE $2,048.00 IN ARREARS THROUGH  February 2019 .

In addition to the regular monthly payment of $512.00, the Debtor(s) will pay an additional $293.00 for months 54 through 60 beginning March 2019, for a total of $805.00 per month, or the case will be dismissed. Payments will continue to be due on the 17th of each month.

**AS A CONDITION OF THIS AGREEMENT REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.**

IN THE EVENT THE DEBTOR FAILS TO COMPLY WITH THE TERMS OF THE STATEMENT OF ARRANGEMENTS, THE TRUSTEE MAY IMMEDIATELY FILE A CERTIFICATION OF DEFAULT AND REQUEST FOR DISMISSAL OF CASE. COMTEMPORANEOUSLY WITH FILING, THE TRUSTEE WILL MAIL A COPY OF THE CERTIFICATION TO THE DEBTOR'S COUNSEL OR THE DEBTOR, PRO SE.

***The attorney's signature verifies that he/she has communicated with the Debtor regarding the Motion to Dismiss and this Statement of Arrangements.

Dated: 03-15-2019

_____
Debtor

_____
Debtor

PRO SE
***Attorney for Debtor

Douglas B. Kiel
Chapter 13 Trustee

By: /S/ Karen G. Perse
Karen G. Perse, #17886
Attorney for the Chapter 13 Trustee
7100 E Belleview Ave., Ste 300
Greenwood Village, CO 80111
720.398.4444

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Statement of Arrangements was placed in the U.S. Mail, postage pre-paid, to the Debtor on 3/15/19.

Liisa Beth Wilson
7755 E Quincy Ave., #67
Denver, CO 80237

Notice by Electronic Transmission was sent to the following persons/parties:

Janice LeGros